# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMANDA RUSSELL, ET AL., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:23-CV-00992- |
| v. | § | ALM-AGD |
| | § | |
| ZACHARY FLORES, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report (Dkt. #82) recommending that Plaintiffs' Emergency Motion for Temporary Protective Order Against All Defendants (Dkt. #52) and Urgent Request for Stay of Proceedings, Temporary Restraining Order, and Comprehensive Sanctions (Dkt. #78) be denied. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' Emergency Motion for Temporary Protective Order Against All Defendants (Dkt. #52) is **DENIED**. It is further **ORDERED** that Plaintiff's Urgent Request for Stay of Proceedings, Temporary Restraining Order, and Comprehensive Sanctions (Dkt. #78) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 11th day of September, 2025.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE